DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RASHIDI ABDU GIBSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3230

———————————————

September 15, 2021.

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rashidi Abdu Gibson, pro se.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.